UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AUG 11 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | Crim. No. 14-370 (MLC) |
| PATRICK MCCULLAGH | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court upon an indictment filed by Paul J. Fishman, United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant U.S. Attorney, appearing), and defendant Patrick McCullagh (Andrea Bergman, Assistant Federal Public Defender, appearing) having been charged with violations of Title 18, United States Code, Section 1343, application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is entered through and including October 31, 2014, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and one prior continuances having been entered by this Court, and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations have commenced and both the United States and the Defendant seek additional time to explore whether this matter could be resolved through a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 11th day of August, 2014

ORDERED that this action be, and it hereby is, continued from the date this Order is entered through and including October 31, 2014; and

IT IS FURTHER ORDERED that a case management conference shall be held on October ~~November~~ 31, 2014 at 1 ~~a.m.~~/p.m., and

IT IS FURTHER ORDERED that a motion schedule and/or schedule for further proceedings will be set by the Court at the case management conference; and

IT IS FURTHER ORDERED that the period from the date this Order is entered through and including October 31, 2014 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE


_____
Andrea Bergman, Esq.
Counsel for Defendant

_____
Nicholas P. Grippo
Assistant U.S. Attorney