UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 14-370 (MLC) |
| vs. | ORDER |
| PATRICK MCCULLAGH | |

This matter having come before the Court on the motion of the United States, Craig Carpenito, United States Attorney for the District of New Jersey (by Molly S. Lorber and Joseph Gribko, Assistant U.S. Attorneys, appearing), for an order directing any healthcare provider in possession of knowledge and materials relevant to defendant Patrick McCullagh's (James C. Patton, Esq., appearing) current medical condition; and the defendant having requested and received numerous adjournments of the sentencing in this matter on the grounds that he suffers from a serious medical condition; and defendant's current medical condition being relevant both to the timing of sentencing, as well as the arguments of both parties as to the appropriate sentence to be imposed in this matter, pursuant to 18 U.S.C. § 3553(a)(2)(D); and for good cause shown,

It is on this 22nd day of May, 2018, ORDERED that:

Any medical provider who has provided treatment or medical advice or consultation to defendant Patrick McCullagh from March 2016 through the date of this Order is directed to:

1. Release to representatives of the United States and to counsel for defendant McCullagh, upon request, any and all medical records pertaining to defendant McCullagh's present medical condition, course of treatment, diagnosis, prognosis, and ability to travel, as well as any other subjects relating to defendant McCullagh's current medical condition about which they might enquire; and

2. Speak with representatives of the United States and counsel for defendant McCullagh, upon request, concerning defendant McCullagh's present medical condition, course of treatment, diagnosis, prognosis, and ability to travel, as well as any other subjects relating to defendant McCullagh's current medical condition about which they might enquire.

s/MARY L. COOPER<br>
Honorable Mary L. Cooper<br>
United States District Judge